E-FILED: 3-18-10

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MV14, LLC, et al.,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMES RIVER INSURANCE COMPANY, et al.,<br><br>      Defendants. | CASE NO. ED CV 08-1323 GHK (OPx)<br><br>JUDGMENT |

Pursuant to our March 18, 2010 Order, issued concurrently herewith, Defendants James River Insurance Company and James River Group are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: March 18, 2010

                                            _____
                                                GEORGE H. KING
                                              United States District Judge